```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 13034
   YOLONDA FAYE SILAS
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2486


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 07/20/2007 and was not confirmed.

     The case was dismissed without confirmation 12/13/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00           .00            .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE    16000.00           .00            .00
PIERCE & ASSOC           NOTICE ONLY     NOT FILED           .00            .00
TRIAD FINANCIAL CORP     SECURED VEHIC         .00           .00            .00
TRIAD FINANCIAL CORPORAT NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         1502.60           .00            .00
FIA CARD DEVICE          NOTICE ONLY     NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED         1476.32           .00            .00
ALLIANCE ONE             NOTICE ONLY     NOT FILED           .00            .00
CITIFINANCIAL SERVICES I UNSECURED       NOT FILED           .00            .00
CREDITORS COLLECTION BUR UNSECURED       NOT FILED           .00            .00
CREDITORS COLLECTION BUR NOTICE ONLY     NOT FILED           .00            .00
WELL GROUP HEALTH PARTNE NOTICE ONLY     NOT FILED           .00            .00
ISAC                     UNSECURED             .00           .00            .00
CITIBANK STUDENT LOAN    NOTICE ONLY     NOT FILED           .00            .00
TRIAD FINANCIAL CORP     UNSECURED          199.63           .00            .00
LEDFORD & WU             DEBTOR ATTY       2,007.69                     1,879.20
TOM VAUGHN               TRUSTEE                                          128.49
DEBTOR REFUND            REFUND                                           450.00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE              2,457.69

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                             1,879.20
TRUSTEE COMPENSATION                         128.49
DEBTOR REFUND                                450.00
                    --------------       --------------
TOTALS               2,457.69              2,457.69

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13034 YOLONDA FAYE SILAS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```